UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE, a Minor, THROUGH NEXT FRIEND, BOB DOE, <br><br> Plaintiff, <br><br> v. <br><br> THE DISTRICT OF COLUMBIA *et al.*, <br><br> Defendants. | Civil Action No.  03-1789 (GK/JMF) |

**ORDER**

In two separate pleadings filed with this court, defendant District of Columbia has revealed the real identities of John Doe, the minor child who is the plaintiff in this litigation, or his immediate family members.  The defendant's failures to refer to those persons by their pseudonyms violated the Protective Order, Order Granting Plaintiff's Motion to Proceed in Pseudonym [#2], designed to protect the identities of the minor child and his immediate family.

This court finds that, because the materials docketed at [#153] and [#175] violated the terms of the Protective Order, the documents should be **STRICKEN** immediately.  Accordingly, it is, hereby, **ORDERED** that the **CLERK** not permit further public access to The District of Columbia's Partial Consent Emergency Motion to Compel the Deposition Testimony of [Bob Doe] [#153] and Defendant District of Columbia's Emergency Motion for Protective Order [#175], along with their attachments, because they reveal the real identities of those to be protected.

In addition, it is, hereby, **ORDERED** that, within seven (7) days of this Order, counsel

shall re-file redacted versions of these pleadings and their attachments.  The redacted versions and exhibits shall use the same pseudonyms as prescribed by the Protective Order: John Doe, Bob Doe, Jane Doe, and Sally Doe.  All references to these individuals, whether in these documents or in future pleadings filed with the court, shall refer to the minor plaintiff and his immediate family *only* by their pseudonyms.

**SO ORDERED.**

Dated:                                                                  _____
                                                                                    JOHN M. FACCIOLA
                                                                                    UNITED STATES MAGISTRATE JUDGE