UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE, a Minor,<br>THROUGH NEXT FRIEND,<br>BOB DOE,<br><br>    Plaintiff,<br><br>    v.<br><br>THE DISTRICT OF COLUMBIA *et al.*,<br><br>    Defendants. | Civil Action No.  03-1789 (GK/JMF) |

**ORDER**

In accordance with the accompanying Memorandum Opinion, it is, hereby, **ORDERED** that Defendant District of Columbia's Motion for Protective Order ("Def.'s Mot.") [#168] is **GRANTED in part and DENIED in part**.

   **SO ORDERED.**

                                                                                      _____
                                                                                      JOHN M. FACCIOLA
                                                                                      UNITED STATES MAGISTRATE JUDGE

Dated: