UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOHN DOE, a Minor,** **THROUGH NEXT FRIEND,** **BOB DOE,**          Plaintiff,     v. **THE DISTRICT OF COLUMBIA** *et al.*,          Defendants. | Civil Action No. 03-1789 (GK/JMF) |

ORDER

In accordance with the accompanying Memorandum Opinion, it is, hereby, **ORDERED** that The District of Columbia's Motion to Compel Discovery [#187] is **GRANTED in part and DENIED in part**, and District of Columbia's Supplement to Its Motion to Compel [#214] is **DENIED**.

SO ORDERED.

_____
JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE

Dated: