UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE, a Minor, THROUGH NEXT FRIEND, BOB DOE,<br><br>   Plaintiff,<br><br>   v.<br><br>THE DISTRICT OF COLUMBIA *et al.*,<br><br>   Defendants. | Civil Action No.  03-1789 (GK/JMF) |

ORDER

It is, hereby, **ORDERED** that the Partial Consent Motion by Plaintiff John Doe to Amend Scheduling Order [#252] is **GRANTED**.  However, because plaintiff's proposed Amended Scheduling Order leaves only seventeen days between the completion of dispositive motion briefing and the pretrial conference, the pretrial conference set for May 25, 2006 is cancelled and the parties are instructed to jointly contact the chambers of Judge Kessler to reschedule.  The parties shall proceed under the following amended schedule: (1) Discovery to close on March 1, 2006; (2) Dispositive motions to be filed on or before April 3, 2006; (3) Oppositions to dispositive motions to be filed on or before April 24, 2006; and (4) Replies to oppositions to dispostive motions to be filed on or before May 8, 2006.

   **SO ORDERED.**

                                                                                      _____
                                                                                      JOHN M. FACCIOLA
                                                                                      UNITED STATES MAGISTRATE JUDGE

Dated: